UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH WITMER, JOSEPH OLEX,
RALPH WILLIAMSON, EDWARD
PFANNES, and RAYMOND OWENS, on
behalf of themselves and a class of persons
similarly situated,
        Plaintiffs,

v.

ACUMENT GLOBAL TECHNOLOGIES,
INC., a Delaware corporation, PLATINUM
EQUITY, a Delaware corporation, and
TEXTRON, INC., a Delaware corporation,
        Defendants.
_____/

Case No. 08-12795

Honorable Patrick J. Duggan

## JUDGMENT

On June 30, 2008, Plaintiffs filed this action, alleging claims under Section 301 of the Labor-Management Relations Act, 29 U.S.C. § 185, and Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1132. On this date, the Court entered an Opinion and Order holding that Plaintiffs are not entitled to relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiffs' action is **DISMISSED**.

Dated: May 26, 2011

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
John R. Canzano, Esq.
Roger J. McClow, Esq.
Donald A. Van Suilichem, Esq.
Kelly A. Van Suilichem, Esq.